**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/21/2020
```

| | |
|---|---|
| **Focus Products Group International, LLC, et al.,** | |
| **Plaintiffs,** | **1:15-cv-10154 (PAE)** |
| -against- | **ORDER SCHEDULING** |
| **Kartri Sales Company, Inc., et al.,** | **SETTLEMENT CONFERENCE** |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, May 14, 2020 at 2:00 p.m. However, due to recent public health concerns, the settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:        New York, New York
             April 21, 2020

                                          _____
                                          STEWART D. AARON
                                          United States Magistrate Judge