UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, ZAHNER DESIGN GROUP, LTD., AND HOOKLESS SYSTEMS OF NORTH AMERICA, INC., SF HOME DÉCOR, LLC, SURE FIT HOME DÉCOR HOLDINGS CORP., and SURE FIT HOME PRODUCTS, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>KARTRI SALES COMPANY, INC. AND MARQUIS MILLS, INTERNATIONAL, INC.<br><br>       Defendants. | Civil Action No.:<br><br>1:15-cv-10154 (PAE)(SDA)<br><br><br>(JURY TRIAL DEMANDED) |

**PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION**

Morris E. Cohen (MC-4620)
Lee A. Goldberg (LG-9423)
GOLDBERG COHEN LLP
1350 Avenue of the America, 3rd Floor
New York, New York 10019
(646) 380-2087 (phone)
(646) 514-2123 (fax)
MCohen@goldbergcohen.com
LGoldberg@goldbergcohen.com

Attorneys for Plaintiffs

Defendants' opposition, if any, is due May 26, 2020.
SO ORDERED.

_____
    PAUL A. ENGELMAYER   5/15/2020
    United States District Judge