# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

*Deposition of Samantha Dolph on October 17, 2017*

| Designation | Objections | Cross Designations |
|---|---|---|
| 7:12 – 7:13 | | |
| 10:13 – 10:25 | | |
| 11:24 – 12:6 | | |
| 14:20 – 14:21 | | |
| 15:9 – 18:2 | | |
| 20:10 – 20:14 | | |
| 21:17 – 21:23 | | |
| 22:11 – 23:21 | | |
| 24:8 – 24:13 | Lack of foundation | |
| 25:15 – 25:21 | | |
| 35:22 – 36:12 | Lack of foundation | |
| 36:20 – 37:18 | | |
| 43:24 – 44:5 | Incomplete Answer | 40:5-44:25 |
| 45:4 – 45:11 | Incomplete Answer | 45:4-45:23 |
| 57:9 – 57:13 | Lack of foundation | |
| 58:9 – 58:12 | Lack of foundation; Relevance | |
| 58:23 – 59:7 | Lack of foundation; Relevance | |
| 60:5 – 60:7 | | |
| 60:20 – 60:25 | Lack of foundation; Relevance | |
| 76:18 – 76:21 | Lack of foundation; Relevance | |
| 77:7 – 78:6 | | |
| 78:21 – 78:23 | | |
| 79:2 – 79:4 | | |
| 79:18 – 80:4 | Incomplete Answer | 79:14-82:6 |
| 85:6 – 85:13 | Lack of foundation; Relevance | |
| 91:23 – 92:2 | | |
| 92:6 – 92:18 | | |
| 93:3 – 93:20 | Incomplete Answer | 93:3-95:19 |
| 96:18 – 99:3 | Incomplete Answer | 96:18-99:9 |
| 123:2 – 124:4 | Incomplete Answer | 123:2-124:18 |
| 124:19 – 125:12 | | 124:19 – 126:3 |
| 126:4 – 126:9 | | 126:4-127:5 |
| 128:16 – 129:14 | | |
| 140:22 – 141:16 | | 140:22-142:24 |
| 142:25 – 143:2 | | |
| 143:6 – 143:18 | | 143:6-145:24 |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

*Deposition of John Elmore on February 19, 2019*

| Designation | Objections | Cross Designations |
|---|---|---|
| 5:11 – 5:15 | | |
| 6:3 – 12:3 | | |
| 12:18 – 13:12 | | |
| 14:21 – 15:8 | | |
| 49:8 – 50:1 | Incomplete Answer | 49:6-50:1 |
| 68:9 – 68:16 | Foundation; Incomplete Answer | |
| 69:5 – 69:14 | | |
| 71:10 – 72:9 | Foundation | |
| 73:24 – 77:24 | | |
| 79:1 – 80:15 | Incomplete Answer | 79:1 – 81:11 |
| 110:10 – 111:21 | Foundation | |
| 145:2 – 146:22 | Foundation | |
| 147:1 – 148:9 | Foundation | |
| 149:7 – 154:10 | Foundation | |
| 205:3 – 205:15 | | |
| 205:18 – 206:19 | | 206:20-206:22; 207:6-11;207:14-210:13: |
| 207:6 – 207:11 | | |
| 207:14 – 209:21 | | |

*Deposition of Karen Goskowski on August 8, 2017*

| Designation | Objections | Cross Designations |
|---|---|---|
| 7:4 – 7:14 | | |
| 11:20 – 12:2 | | |
| 13:13 – 14:2 | | |
| 16:6 – 16:14 | Incomplete answer | 16:4-18:13 |
| 17:16 – 17:18 | | |
| 18:10 – 18:23 | | 18:10-19:3 |
| 22:6 – 22:7 | | |
| 22:17 – 23:2 | | 22:17-23:14 |
| 23:7 – 23:14 | | |
| 23:25 – 24:11 | | |
| 25:7 – 26:22 | | 25:7-27:16 |
| 30:20 – 30:22 | | 30:20-31:2 |
| 32:3 – 32:20 | | |
| 33:3 – 33:11 | | |
| 39:11 – 39:23 | Incomplete answer | |
| 40:5 – 40:6 | | |
| 40:8 – 40:17 | | |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 41:6 – 41:13 | | |
| 43:2 – 43:6 | Incomplete answer | 43:2-44:10 |
| 46:23 – 47:3 | | 46:3-47:3 |
| 50:15 – 50:18 | | 50:15-50:24 |
| 53:17 – 54:11 | | |
| 75:16 – 75:21 | | 75:16-76:7 |
| 84:15 – 84:25 | Foundation | |
| 99:16 – 101:6 | Foundation | |
| 102:10 – 103:9 | Foundation | |

*Deposition of Sandra Kemp on August 3, 2017*

| Designation | Objections | Cross Designations |
|---|---|---|
| 4:8 – 4:10 | | |
| 6:17 – 7:10 | | |
| 8:17 – 9:18 | | |
| 11:18 – 11:21 | | 11:18-12:24 |
| 29:25 – 30:2 | Incomplete answer | |
| 30:11 – 30:13 | Incomplete answer | 30:4-30:18 |
| 30:25 – 31:5 | | |
| 31:7 – 31:23 | | |
| 32:15 – 32:17 | | |
| 45:15 – 45:18 | | 45:15-46:14 |
| 46:16 – 47:22 | Hearsay | |
| 66:10 – 67:9 | | |
| 67:13 – 68:2 | | 67:13-69:23 |
| 72:25 – 73:14 | | |
| 73:16 – 73:25 | Foundation | |
| 82:2 – 82:4 | Incomplete answer | |
| 82:12 – 83:4 | | 82:12-83:14 |
| 83:7 – 83:9 | | |

*Deposition of David Kreilein on August 16, 2017*

| Designation | Objections | Cross Designations |
|---|---|---|
| 4:23 – 5:1 | | |
| 6:7 – 6:9 | | |
| 6:17 – 6:21 | | |
| 9:20 – 9:25 | | |
| 11:5 – 11:15 | | |
| 13:5 – 13:8 | | |
| 16:9 – 16:11 | | |
| 16:14 – 16:25 | Relevance | |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 17:3 – 17:7 | Relevance | 17:1-17:7 |
| 21:14 – 22:1 | Relevance | |
| 22:5 – 22:9 | Relevance | |
| 22:13 – 22:20 | Relevance | |
| 23:4 – 23:12 | Relevance | |
| 23:23 – 23:25 | Relevance | |
| 24:11 – 24:16 | Relevance | |
| 24:20 – 25:1 | | 25:2-26:2 |
| 26:14 – 26:17 | Relevance | |
| 39:12 – 39:15 | | 39:12-43:4 |
| 42:9 – 43:4 | | 50:24-52:2; 54:1-55:2 |
| 43:5 – 43:10 | Lack of knowledge | |
| 43:15 – 43:19 | Lack of knowledge | |
| 43:21 – 44:10 | Lack of knowledge | |
| 44:12 – 44:18 | Lack of knowledge | |
| 45:2 – 45:6 | Lack of knowledge | |
| 46:2 – 46:5 | | |
| 46:10 – 46:19 | Lack of knowledge | |
| 46:23 – 47:9 | | |
| 47:14 – 47:19 | | |
| 49:7 – 49:9 | | |
| 63:10 – 63:17 | | |
| 63:22 | | 63:24-64:1; 64:4 |
| 65:5 – 65:17 | | |
| 65:20 – 65:22 | | |
| 67:10 – 67:21 | | |
| 68:23 – 69:8 | | |
| 69:15 – 69:23 | | |
| 70:2 – 70:10 | | |
| 70:12 – 70:15 | | |
| 70:19 – 71:1 | | |
| 71:3 – 71:6 | | |
| 71:8 – 71:9 | | |
| 72:6 – 72:8 | | |
| 72:12 | | |
| 74:2 – 74:14 | | |
| 75:2 – 75:6 | | |
| 75:11 – 75:16 | | |
| 78:2 – 78:4 | | |
| 78:6 – 78:16 | | |
| 78:19 – 78:24 | | |
| 79:2 – 79:10 | | 84:12-85:2 |
| 85:11 – 85:13 | | |
| 85:15 – 85:18 | | 85:15-86:2 |
| 87:12 – 87:17 | | 87:12-87:19 |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 97:10 – 97:17 | | 97:10-97:19 |
| 98:2 – 98:3 | | |
| 104:7 – 104:12 | Incomplete Answer | |

*Deposition of Patricia Kubus on August 10, 2017*

| Designation | Objections | Cross Designations |
|---|---|---|
| 6:8 – 6:18 | | |
| 9:13 – 9:23 | | |
| 10:21 – 11:2 | | |
| 14:5 – 14:8 | | |
| 14:15 – 14:23 | | |
| 15:3 – 15:6 | | |
| 16:6 – 16:16 | | |
| 18:18 – 18:22 | | |
| 19:3 – 20:5 | | |
| 22:3 – 22:25 | | |
| 23:23 – 27:17 | | |
| 28:7 – 31:8 | calls for supposition | |
| 34:18 – 34:20 | | |
| 44:14 – 44:17 | foundation, witness does not know | |
| 52:7 – 55:18 | | |
| 57:16 – 58:23 | | |
| 59:5 – 59:15 | relevance | |
| 70:5 – 71:3 | | |
| 72:9 – 72:18 | | |
| 88:23 – 89:1 | | |
| 89:6 – 89:7 | | |
| 89:9 – 89:14 | | |
| 93:9 – 93:13 | | |
| 101:21 – 102:5 | | |
| 102:21 – 103:3 | | |
| 103:9 – 103:13 | | |
| 119:9 – 120:20 | | |
| 123:17 – 124:12 | | |
| 146:10 – 147:16 | | |
| 147:22 – 148:3 | confusing, relevance | |
| 148:7 – 149:24 | | |
| 157:13 – 157:20 | | |
| 158:6 – 158:14 | | |
| 159:6 – 159:13 | | |
| 161:18 – 161:24 | | |
| 162:8 – 163:11 | relevance | 163:22 - 164:02 |

### EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 165:7 – 165:9 | relevance | |
| 167:6 – 168:3 | relevance | |
| 168:5 – 168:13 | | |
| 168:19 – 168:21 | | |
| 169:12 | relevance | |
| 169:14 – 170:9 | relevance | |
| 170:25 – 171:3 | | |
| 174:25 – 175:18 | | |
| 175:20 – 176:8 | | |
| 177:24 – 178:9 | | |
| 183:2 – 183:3 | | |
| 183:14 – 184:4 | | |
| 184:15 – 185:2 | | |
| 185:6 – 185:7 | | |
| 185:13 – 185:14 | | |
| 185:16 – 186:6 | | 186:07 - 186:25 |
| 187:8 – 187:10 | | |
| 188:5 – 188:12 | | |
| 188:19 – 188:25 | | |
| 189:3 – 189:10 | | |
| 195:10 – 195:12 | | |
| 196:9 – 196:12 | | |
| 196:17 – 196:24 | | |
| 207:4 – 207:20 | | |
| 211:13 – 211:16 | | |
| 211:18 – 212:8 | relevance | |
| 212:11 – 212:12 | competence | |
| 221:24 – 222:12 | | 222:13 - 222:25 |
| 223:2 – 223:12 | competence | |

*Deposition of Lawrence Mayer on November 27, 2018*

| Designation | Objections | Cross Designations |
|---|---|---|
| 9:4 – 9:6 | | |
| 9:25 – 10:7 | | |
| 10:22 – 11:6 | | 11:14 - 11:25 |
| 11:25 – 12:19 | | |
| 13:12 – 14:7 | | |
| 14:10 – 14:18 | relevence, colloquy | |
| 15:2 – 15:6 | relevence, colloquy | |
| 15:9 – 15:21 | | |
| 17:2 – 17:21 | | |
| 17:25 – 18:10 | | |
| 20:25 – 21:11 | | 21:18 - 21-21 |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 25:20 – 26:6 | | |
| 26:13 – 26:20 | | |
| 30:3 – 30:19 | | 31:05 - 33:21 |
| 47:13 – 48:3 | | 44:4 - 47:4 |
| 51:17 – 51:18 | | |
| 51:22 – 51:23 | | |
| 84:4 – 86:11 | | |
| 87:18 – 89:12 | | |
| 90:6 – 90:13 | relevence | |
| 90:15 – 92:25 | relevence | |
| 93:18 – 94:9 | relevence | |
| 95:2 – 96:2 | | |
| 96:14 – 97:21 | | |
| 98:6 – 99:3 | | |
| 100:13 – 100:19 | | |
| 101:19 – 101:23 | | 102:09 - 103:04 |
| 101:25 – 103:8 | | 104:09 - 104:18 |
| 105:11 – 106:7 | | 108:13 - 108:20 |
| 111:25 – 112:7 | | 111:22 - 111:25 |
| 112:13 – 112:14 | | |
| 112:17 – 112:19 | | |
| 112:21 – 113:6 | relevence, competence | |
| 113:16 – 113:18 | relevence | |
| 114:10 – 115:15 | relevence | |
| 119:21 – 119:25 | relevence | |
| 120:9 – 120:15 | | |
| 121:15 – 121:18 | | 121:22 - 121:25 |
| 123:7 – 124:10 | | 125:14 - 126:20 |
| 129:5 – 129:8 | | |
| 129:15 – 129:16 | | |
| 129:18 – 129:20 | relevence | |
| 133:23 – 134:9 | | |
| 138:25 – 139:3 | relevence | |
| 139:8 | relevence, competence | |
| 152:3 – 152:7 | | |
| 152:12 – 152:17 | | 160:25 - 161:02 |
| 152:20 – 153:12 | | |
| 161:20 – 162:8 | | |
| 178:11 – 179:9 | | |
| 180:3 – 180:12 | | |

7

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

*Deposition of David Middleberg on July 26, 2017*

| Designation | Objections | Cross Designations |
|---|---|---|
| 14:9 – 14:11 | | |
| 14:13 – 14:17 | | |
| 16:9 – 16:23 | | |
| 19:2 – 19:10 | | |
| 23:20 – 24:11 | | |
| 25:6 – 26:18 | | |
| 42:13 – 42:18 | | |
| 46:16 – 46:20 | | |
| 47:22 – 47:25 | | |
| 48:3 – 48:5 | | |
| 48:18 – 48:20 | | |
| 49:4 – 49:5 | | |
| 57:10 – 58:9 | | |
| 58:13 – 59:5 | | |
| 59:20 – 59:23 | | |
| 59:25 – 60:7 | | |
| 60:12 – 60:16 | | |
| 61:7 – 62:3 | | |
| 63:15 – 64:11 | | |
| 64:15 – 64:23 | | |
| 65:4 – 65:6 | | |
| 65:15 – 65:21 | | |
| 66:9 – 66:15 | | |
| 66:20 – 66:25 | | |
| 69:7 – 69:17 | | |
| 70:4 – 70:12 | | |
| 70:18 -70:19 | | |
| 72:2 – 74:15 | | |
| 74:23 – 75:11 | | |
| 81:11 – 81:25 | | |
| 82:8 – 82:10 | | |
| 82:25 – 83:6 | | |
| 84:8 – 84:22 | | |
| 86:11 – 86:18 | | |
| 87:16 – 88:8 | | |
| 88:22 – 89:20 | | |
| 93:24 – 94:11 | | |
| 94:23 – 95:7 | | |
| 96:6 – 96:12 | | |
| 97:9 – 98:16 | | |
| 98:21 – 99:4 | | |
| 99:18 – 99:20 | | |

**EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS**

| | | |
|---|---|---|
| 99:23 – 100:6 | | |
| 100:13 – 100:25 | | |
| 101:4 – 101:6 | | |
| 102:13 – 102:15 | | |
| 102:16 – 102:23 | | |
| 103:20 – 104:11 | | |
| 108:25 – 109:16 | | |
| 109:21 – 109:24 | | |
| 111:20 – 113:24 | Foundation – refers to exhibits | |
| 121:16 – 122:1 | Hearsay; lack of foundation | |
| 122:7 – 122:15 | Hearsay; lack of foundation | |
| 123:23 – 123:25 | Reference to exhibit | |
| 124:16 – 125:10 | | |
| 125:19 – 125:21 | | |
| 126:2 – 126:4 | | |
| 127:18 – 127:21 | | |
| 128:2 – 129:3 | Hearsay; lack of foundation | |
| 129:14 – 129:22 | Hearsay; lack of foundation | |
| 130:23 – 130:25 | Question only | |
| 134:13 – 134:16 | Foundation | |
| 134:18 | Foundation – statement only | |
| 134:21 – 134:23 | Lack foundation – no questions – misleading statements not any question | |
| 134:25 – 135:17 | | |
| 136:16 – 136:17 | Hearsay | |
| 138:3 – 138:6 | | |
| 138:14 – 138:24 | Lack foundation | |
| 139:7 – 139:10 | Lack foundation | |
| 139:20 – 140:12 | Lack foundation | |
| 140:20 – 141:2 | | |
| 141:12 – 143:14 | No question | |
| 143:20 -143:21 | Partial question | |
| 145:8 – 146:17 | Lack of foundation | |
| 154:10 – 154:13 | | |
| 155:21 – 156:3 | Hearsay | |
| 156:19 – 157:19 | Hearsay | |
| 158:16 – 159:6 | | |
| 159:11 – 159:13 | Incomplete answer | 159:11 – 159:24 |
| 159:25 – 160:5 | | |
| 161:7 – 161:10 | Foundation | |
| 199:4 – 199:23 | | |
| 203:25 – 204:6 | | |
| 205:17 – 205:19 | | |
| 207:2 | No question | |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 208:4 – 208:5 | Lack of foundation | |
| 208:14 | Partial question only | |
| 208:16 – 209:13 | | |
| 210:11 – 210:21 | | |
| 211:2 – 211:11 | | |
| 211:19 – 211:22 | | |
| 212:5 – 212:6 | Partial question | |
| 212:25 – 214:9 | Relevance | |
| 216:3 – 216:12 | Relevance | |
| 216:25 – 217:2 | Lack of foundation; incomplete response to prior question | |
| 218:2 – 219:18 | Lack of foundation; incomplete response to prior question | |
| 219:24 – 220:14 | Hearsay | |
| 220:24 – 221:6 | | |
| 221:12 – 221:13 | Incomplete question | |
| 221:20 – 222:23 | Foundation | |
| 223:9 – 223:10 | Incomplete question | |
| 223:17 – 224:12 | | |
| 225:15 – 226:3 | | |
| 226:16 – 226:17 | Exhibit only – no question or answer | |
| 228:16 – 228:19 | | |
| 233:7 – 233:9 | | |
| 233:15 – 233:19 | Exhibit only – no question or answer | |
| 234:11 – 234:18 | | |
| 235:5 – 235:7 | | |
| 236:2 – 236:3 | Exhibit only – no question or answer | |
| 236:6 – 236:7 | Question only | |
| 236:10 – 236:12 | | |
| 236:14 – 236:18 | | |
| 236:22 – 236:23 | Question only | |
| 237:2 – 237:4 | | |
| 237:20 | Exhibit only – no question or answer | |
| 237:23 – 237:24 | Question only | |
| 238:18 – 238:21 | Foundation | |
| 239:5 – 239:17 | | |
| 239:23 | Exhibit only – no question or answer | |
| 241:4 – 241:19 | | |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 241:25 – 242:2 | Hearsay; lack foundation; relevance | |
| 243:3 – 243:18 | | |
| 245:14 – 245:24 | | |
| 253:20 | Partial question only | |
| 254:12 – 254:19 | Refers to exhibit | |
| 255:6 – 256:14 | Refers to exhibit | |
| 259:12 – 259:13 | Partial question | |
| 260:6 – 260:15 | | |
| 261:12 – 261:13 | Partial question | |
| 265:9 – 266:18 | Relevance | |
| 267:21 – 267:23 | Exhibit only | |
| 268:15 – 269:12 | | |
| 270:18 | Exhibit only | |
| 271:5 – 271:15 | | |
| 271:21 | Exhibit only – partial question | |
| 272:7 – 273:5 | | |

*Deposition of Joseph Ranieri on November 20, 2017*

| Designation | Objections | Cross Designations |
|---|---|---|
| 5:6 – 5:21 | | |
| 8:9 – 8:12 | | |
| 8:15 – 8:24 | | |
| 13:8 – 13:23 | | |
| 19:24 – 20:4 | Incomplete Question | |
| 20:9 – 21:21 | | |
| 22:3 – 23:14 | | |
| 26:19 – 26:24 | | |
| 27:5 – 27:8 | | |
| 37:18 – 39:12 | | |

*Deposition of James A. Roberts, Ph.D on February 25, 2019*

| Designation | Objections | Cross Designations |
|---|---|---|
| 4:21 – 5:5 | relevance | |
| 5:8 – 5:8 | | |
| 6:12 – 7:8 | | |
| 10:3 – 10:7 | | |
| 10:13 – 11:7 | | |
| 11:14 – 12:16 | | |
| 12:19 – 13:7 | | |
| 13:9 – 13:10 | | |
| 14:2 – 14:3 | | |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 14:12 – 14:23 | | 15:02 - 15:25 |
| 16:1 –16:3 | | |
| 25:23 – 25:24 | | 25:02 - 25:17 |
| 26:4 – 26:8 | | 26:09 - 30:06 |
| 27:11 – 27:19 | | |
| 29:23 – 30:6 | | |
| 33:18 – 33:24 | incomplete answer | |
| 35:22 – 36:2 | witness does not answer | |
| 36:4 – 37:4 | confused, muddled answer | |
| 39:2 – 39:24 | | |
| 40:5 – 41:8 | | 41:12 - 41:19 |
| 41:20 – 42:9 | | 42:10 - 43:19 |
| 43:10 – 43:13 | | |
| 43:15 – 43:19 | | |
| 43:25 – 45:3 | | 45:04 - 49:09 |
| 53:23 – 53:25 | | |
| 55:12 – 55:18 | | |
| 55:20 – 56:4 | | |
| 56:6 – 56:14 | | |
| 57:12 – 57:24 | | |
| 58:1 – 58:17 | befuddled, confusing answer | |
| 58:20 – 59:17 | foundation | |
| 61:15 – 61:17 | | 61:18 - 63:22 |
| 63:18 – 64:7 | | |
| 64:18 – 64:20 | | |
| 69:9 – 69:15 | incompetent, misleading | |
| 69:20 – 71:1 | | 71:02 - 75:21 |
| 71:17 – 72:7 | | |
| 72:15 – 72:24 | hearsay | |
| 73:9 – 73:17 | hearsay | |
| 74:13 – 74:22 | | 75:02 - 75:21 |
| 79:14 – 79:18 | | |
| 79:24 – 80:25 | | 81:11 - 81:17 |
| 81:20 – 82:8 | | 82:09 - 83:04 |
| 83:6 – 83:11 | | |
| 83:16 – 83:23 | competence | |
| 84:1 – 84:5 | competence | |
| 85:5 – 85:25 | hearsay | |
| 86:6 – 86:11 | hearsay | 87:03 - 87:09 |
| 114:6 – 114:18 | self-contradicting, confusing | |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

*Deposition of Mayank Singh on December 21, 2018*

| Designation | Objections | Cross Designations |
| --- | --- | --- |
| 3:8 – 3:10 | (none) | |
| 9:8 – 9:11 | | |
| 12:8 – 12:20 | | |
| 13:2 – 13:10 | | |
| 14:3 – 14:7 | | 40:01 - 40:13 |
| 16:8 – 16:15 | | |

*Deposition of David Zahner on August 14, 2017*

| Designation | Objections | Cross Designations |
| --- | --- | --- |
| 5:10 – 5:11 | | |
| 6:3 – 6:17 | | |
| 7:2 – 7:5 | | |
| 7:11 – 7:13 | | |
| 8:19 – 9:4 | 9:2 obj to re Hookless Product | |
| 9:9 – 9:10 | | |
| 9:19 – 9:20 | | |
| 9:22 – 9:24 | Exclusive License for all IP – vague response – said "for shower curtains" | |
| 10:23 – 11:3 | | |
| 14:11 – 14:16 | Foundation; hearsay; lacks personal knowledge; he was guessing what the meeting was about with Kartri & Teddy Marcus | |
| 86:25 – 87:6 | Relevance | |
| 87:15 – 87:20 | | |
| 88:14 – 88:16 | | |
| 88:20 – 88:24 | | |
| 91:2 – 91:14 | | |
| 91:18 – 91:21 | Did Hookless produce any products? | |
| 92:16 – 93:6 | | |
| 94:16 – 94:20 | | |
| 95:22 – 95:23 | | |
| 96:1 – 96:7 | | |
| 96:10 – 96:13 | | |
| 96:22 – 97:8 | | |
| 100:5 – 100:8 | | |
| 101:14 – 101:15 | Question only | |
| 101:19 – 101:23 | | |

# EXHIBIT A - PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| 102:21 – 103:5 | | |
| 103:8 – 103:11 | Relevance; objections discussion by attorneys | |
| 103:21 – 103:22 | | |
| 104:22 – 105:22 | | |
| 107:12 – 107:17 | Lack of knowledge; guessing re IP license items for HSNA to Arc & Angles | |
| 108:16 – 108:19 | Lack foundation | 108:7 – 108:19 |

*Deposition of David Zahner on August 15, 2017*

| Designation | Objections | Cross Designations |
|---|---|---|
| 156:1 | Relevance – no question | |
| 156:9 – 156:13 | | |
| 156:24 – 157:1 | | |
| 203:15 – 203:20 | | |