**EXHIBIT B - DEFENDANTS' DEPOSITION DESIGNATIONS**

### Table of Plaintiff's Objections to Deposition Designations (Legend)

| CODE | OBJECTION | FRE |
|---|---|---|
| A | Argumentative | 611(a) |
| AMB | Ambiguous and/or confusing | 611(a), 403 |
| ATTY | Attorney objections/colloquy not removed | 402, 403 |
| C | Compound | 611(a) |
| D | Duplicative / asked and answered | 611(a) (also 403) |
| EO | Improper expert opinion testimony | 702/703 |
| H | Hearsay | 801/802/805 |
| I | Improper Impeachment | 613(a) |
| IN | Incomplete designation (cut off question or answer) | 106 |
| L | Leading | 611(c) |
| LC | Calls for legal conclusion | 611(a) |
| LF- | Lack of foundation + [reason why] <br> AF- assumes facts not in evidence <br> IH – improper hypothetical <br> (Note: hypotheticals must be based on record evidence) <br> ME – mischaracterizes evidence (e.g., testimony, docs) <br> PK – no showing of personal knowledge / speculation | 103(a) <br> 611(a) <br> 611(a) <br><br> 611(a) <br> 601, 602 |
| LO | Improper lay opinion testimony | 701 |
| MIS | Mischaracterizes earlier testimony | |
| N | Non-responsive | 611(a) |
| OS | Outside Scope of Expert's Report & Testimony | |
| P | Privilege | 501 |
| R | Relevance | 401/402 |
| S | Speculation / lacks personal knowledge | 602 |

**EXHIBIT B - DEFENDANTS' DEPOSITION DESIGNATIONS**

| V | Vague & ambiguous | 611(a) |
|---|---|---|
| 403 | Overly prejudicial, confusing, misleading, or cumulative | 403 |
| 404 | Other crimes, wrongs, or acts | 404 |

Plaintiffs' use of one or more of the above objection codes shall not be deemed a waiver of any rights Plaintiffs may have at trial, all of which are reserved.

| Name | Deposition Date | Designation & Objections | Cross Designations |
|---|---|---|---|
| John Elmore | 2/19/19 | [Pg.]: [Lines] ____ | All designations in Plaintiffs' designations of this witness' testimony |
| | | 5:1-15  -- None | |
| | | 10:8-11:4 -- None | |
| | | 14-21-15:20 -- None | |
| | | 19:7-14 -- None | |
| | | 19:20-20-5 -- None | |
| | | 20:19-21:14 -- None | |
| | | 22:10-16 -- None | |
| | | 22:23-23:3 -- None | |
| | | 23:11-20 -- None | |
| | | 24:13-25:8 -- None | |
| | | 25:19-26:14 -- None | |
| | | 26:15-27:4 -- None | |
| | | 29:4-9 -- None | |
| | | 30:20-31:5 -- None | |
| | | 31:6-32:6 -- None | |
| | | 32:23-33:9 -- None | |
| | | 33:10-24 -- None | |
| | | 34:3-16 -- None | |
| | | 36:6-13 -- None | |
| | | 36:20-37:9 -- None | |
| | | 38:10-39-3 -- None | |
| | | 39:11-40:10 -- None | |
| | | 40:23-41:22 -- None | |
| | | 42:3-24 -- None | |
| | | 42:25-43:5 -- None | |
| | | 43:6-10 -- None | |
| | | 43:11-24 -- None | |
| | | 45:14-46-8 – LC, V, Beyond the Scope | |
| | | 47:1-7-- LC, V, Beyond the Scope | |

**EXHIBIT B - DEFENDANTS' DEPOSITION DESIGNATIONS**

|  |  |  |  |
|---|---|---|---|
|  |  | 48:11-23 -- None |  |
|  |  | 48:24-50:1 -- None |  |
|  |  | 50:2-51:7 -- None |  |
|  |  | 51:8-24 -- None |  |
|  |  | 51:25-52-3 -- None |  |
|  |  | 52:4-25 – LC, V, Beyond the Scope |  |
|  |  | 53:1-24 – LC, V, Beyond the Scope |  |
|  |  | 53-25-55:15  -- LC, V, Beyond the Scope |  |
|  |  | 55:16-56:14 – LC, V, LF--AF |  |
|  |  | 56:15-57-21 -- None |  |
|  |  | 57:22-59:2 –V, LF-AF, R |  |
|  |  | 59:17-61:22 – R, LF-AF, Beyond the Scope |  |
|  |  | 61:23-63-11 -- None |  |
|  |  | 63:12-64:20 -- None |  |
|  |  | 65:22-66:15 -- None |  |
|  |  | 66:24-68:8 -- None |  |
|  |  | 68:9-16 -- None |  |
|  |  | 68:17-69:4 -- None |  |
|  |  | 69:24-70:14 -- None |  |
|  |  | 70:15-71:3 -- V |  |
|  |  | 71:10-72:9 -- None |  |
|  |  | 72:13-22 -- None |  |
|  |  | 72:23-73:15 -- None |  |
|  |  | 73:24-75:2 -- None |  |
|  |  | 75:3-76:18 -- None |  |
|  |  | 76:19-77:24 -- None |  |
|  |  | 77:25-82-2 -- None |  |
|  |  | 82:6-84:3 -- None |  |
|  |  | 84:12-86:13 -- None |  |
|  |  | 86:14-90:13 -- None |  |
|  |  | 90:14-91:18 -- None |  |
|  |  | 91:19-93:4 -- None |  |
|  |  | 93:5-94:1 -- None |  |
|  |  | 94:2-95:8 -- None |  |
|  |  | 95:16-96:6 -- R |  |
|  |  | 96:7-98:7 -- R |  |
|  |  | 98:15-99:8  -- None |  |
|  |  | 99:9-25 -- None |  |
|  |  | 100:7-101:6 -- None |  |
|  |  | 101:7-23 -- D |  |
|  |  | 101:24-102:11 – V, LF--AF |  |
|  |  | 103:6-7 –LF—AF, R |  |

3

**EXHIBIT B - DEFENDANTS' DEPOSITION DESIGNATIONS**

|  |  |  |  |
|---|---|---|---|
|  |  | 104:2-9 –LF-AF, R |  |
|  |  | 104:20-105:7 -- None |  |
|  |  | 105:8-106:8 -- None |  |
|  |  | 106:9-107:18 -- None |  |
|  |  | 108:2-109:4 -- None |  |
|  |  | 109:5-15 -- None |  |
|  |  | 109:16-111:22 -- None |  |
|  |  | 111:23-112-12 -- None |  |
|  |  | 112:21-113:15 -- None |  |
|  |  | 113:16-115:18 – None, | 115:19-21 |
|  |  | 115:22-116:18 -- None |  |
|  |  | 116:19-117:15 -- None |  |
|  |  | 117:16-118:17 -- None |  |
|  |  | 118:18-119:14 -- None |  |
|  |  | 120:22-121:16 -- None |  |
|  |  | 121:17-122:20 -- None |  |
|  |  | 122:21-123:13 -- None |  |
|  |  | 123:14-23 -- None |  |
|  |  | 125:6-126:18 -- None |  |
|  |  | 126:19-127:23 -- None |  |
|  |  | 127:24-128:15 -- R |  |
|  |  | 128:16-129:12 -- None |  |
|  |  | 129:13-130:12 -- None |  |
|  |  | 130:13-132:10 – R, V |  |
|  |  | 133:15-134:22 -- None |  |
|  |  | 134:23-136:5 -- None |  |
|  |  | 136:16-137:12 -- None |  |
|  |  | 137:13-139:8 -- None |  |
|  |  | 139:9-140:8 – R, V, Beyond the Scope |  |
|  |  | 140:9-141:1 -- None |  |
|  |  | 141:2-142:16 -- None |  |
|  |  | 145:2-146:22 -- None |  |
|  |  | 146:23-150:10 -- None |  |
|  |  | 150:11-155:9 -- None |  |
|  |  | 155:10-158:4 -- None |  |
|  |  | 167:9-14 -- R |  |
|  |  | 167:22-25   -- LF--AF |  |
|  |  | 168:8-15 -- R |  |
|  |  | 168:16-170:21 -- None |  |
|  |  | 170:22-171:16 -- None |  |
|  |  | 171:17-173:11 -- None |  |
|  |  | 173:12-175:20—LF-AF |  |
|  |  | 176:7-177:6 –R, LF-AF |  |
|  |  | 177:7-177:21 -- None |  |
|  |  | 178:9-179:5 – V, R |  |

**EXHIBIT B - DEFENDANTS' DEPOSITION DESIGNATIONS**

|  |  |  |  |
|---|---|---|---|
|  |  | 179:6-19 – R, Beyond the Scope |  |
|  |  | 179:24-181:12 -- None |  |
|  |  | 184:1-185:9 -- None |  |
|  |  | 185:14-16 -- None |  |
|  |  | 186:4-191:11 – V, R, Beyond the Scope, LF--AF |  |
|  |  | 191:13-193:9 -- None |  |
|  |  | 193:10-195:19 – V, R, LF-AF, D |  |
|  |  | 195:20-196:14 -- None |  |
|  |  | 196:15-199:8 – R, LF-AF, Beyond the Scope |  |
|  |  | 199:9-201:5 -- None |  |
|  |  | 201:10-202:6 -- None |  |
|  |  | 202:9-203:3 – R, V |  |
|  |  | 205:3-206:19 – R, V |  |
|  |  | 206:20-210:13 – R, V |  |
|  |  | 210:18-216:5 – R, V |  |
|  |  |  |  |
| **Name** | **Deposition Date** | **Designation & Objections** | **Cross Designations** |
| David Kreilein | 08/16/2017 | Video Deposition | All designations in Plaintiffs' designations of this witness' testimony |
|  |  | 6:7-24 |  |
|  |  | 11:5-22 |  |
|  |  | 35:1-12, S, P, LF-AF, LF-PK, H, |  |
|  |  | 50:24-51:21, S, LF-PK, LC |  |
|  |  | 51:23-52:2, LO, LC, |  |
|  |  | 52:12-24 |  |
|  |  | 54:1-22, LF-PK, S, 403 |  |
|  |  | 55:18-21, AMB, V, LF-PK | 62:17-23, 63:1; 63:10-17, 63:22; |
|  |  | 84:12-85:5, as to Exhibits BB and BC and reference thereto: LF-AF, LF-PK, P, S, | 85:11-13, 85:15-18 |
|  |  |  |  |
| **Name** | **Deposition Date** | **Designation & Objections** | **Cross Designations** |
| David Zahner | 08/14/2017 | Video Deposition | All designations in Plaintiffs' designations of this witness' testimony |
|  |  | 91:2-14 |  |
|  |  | 91:18-92:15 |  |
|  |  | 91:16-93:6 |  |
|  |  | 93:7-94:6 |  |
|  |  | 94:15-95:13 |  |
|  |  | 101:19-23 |  |
|  |  | 105:4-24 |  |

**EXHIBIT B - DEFENDANTS' DEPOSITION DESIGNATIONS**

|  |  |  |  |
|---|---|---|---|
|  |  | 106:2-18 |  |
|  |  | 108:7-19 |  |
|  |  | 198:25-199:12, LC, AMB, V, |  |
|  |  | 199:20-200-9, P | 200:18-20 |
|  |  | 213:3-215:17, AMB, V, LC, 403 |  |
|  |  |  |  |
| **Name** | **Deposition Date** | **Designation & Objections** | **Cross Designations** |
| Sandra Kemp | 08/03/2017 |  | All designations in Plaintiffs' designations of this witness' testimony |
|  |  | 66:10-69:23, ATTY, LC | 72:25-73:25 |
|  |  | 95:10-97:8, LC, V, AMB, LF-PK, LF-AF, | 124:10-125:18 |
|  |  |  |  |
| **Name** | **Deposition Date** | **Designation & Objections** | **Cross Designations** |
| Lawrence Meyers | 11/27/2018 |  | All designations in Plaintiffs' designations of this witness' testimony |
|  |  | 37:7 to 39:9, | 30:3-32:4, 87:18-89:12, 90:6-13, 105:11-106:7,  121:15-18; 123:7-124:10, 129:5-8, 129:15-16, 129:18-20, 133:23-134:9; 138:25-139:3; 139:8; 152:3-7, 152:12-17, 152:20-153:12; 161:20-162:8; 178:11-179:8, 180:3-12, |
|  |  | 41:14 to 47:25, LF-AF, LF-PK, LC, S, AMB, V, P | 121:15-18; 123:7-124:10, 129:5-8, 129:15-16, 129:18-20, 133:23-134:9; 138:25-139:3; 139:8; 152:3-7, 152:12-17, 152:20-153:12; 161:20-162:8; 178:11-179:8, 180:3-12, |
|  |  | 104:8 to 111:24, LF-AF, LF-PK, S, V, AMB, N, | 111:25-112:7, 112:13-14, 112:17-113:6, 113:16-18, 121:15-18; 123:7-124:10, 129:5-8, 129:15-16, 129:18-20, 133:23-134:9; 138:25-139:3; 139:8; |

**EXHIBIT B - DEFENDANTS' DEPOSITION DESIGNATIONS**

|  |  |  | 152:3-7, 152:12-17, 152:20-153:12; 161:20-162:8; 178:11-179:8, 180:3-12, |
|---|---|---|---|
|  |  | 106:18 to 166:16, Improper block designation of 60 pages, all objections reserved, including, but not limited to, AMB, ATTY, C, D, H, IN, L, LC, LF-AF, LF-PK, LF-ME, LO, NA, R, S, V, 403, | 121:15-18; 123:7-124:10, 129:5-8, 129:15-16, 129:18-20, 133:23-134:9; 138:25-139:3; 139:8; 152:3-7, 152:12-17, 152:20-153:12; 161:20-162:8; 178:11-179:8, 180:3-12, |
|  |  |  |  |
| **Name** | **Deposition Date** | **Designation & Objections** | **Cross Designations** |
| James Roberts | 02/25/2019 |  | All designations in Plaintiffs' designations of this witness' testimony |
|  |  | 9:1 to 12:16 | 12:19-25, 13:1-10, 33:18-24, 35:22-37:4 |
|  |  | 17:3 to 33:14, Improper block designation of 16 pages, all objections reserved, including, but not limited to, A, AMB, ATTY, C, D, EO, H, I, IN, L, LC, LF-AF, LF-PK, LF-ME, LO, NA, OS, P, R, S, V, 403, | 12:19-25, 13:1-10, 33:18-24, 35:22-37:4; 39:2-24, 40:5-41:8, 41:20-42:9 |
|  |  | 36:9 to 42:25, AMB, ATTY, V, LF-AF (failure to provide specificity or to identify to witness which registration for mark or file wrapper), 403, | 35:22-37:4, 39:2-24, 40:5-41:8, 41:20-42:9, 43:10-13, 43:15-19, 43:25-45:3 |
|  |  | 63:1 to 64:20, AMB, V, LF-ME, ATTY, | 74:13-22, |
|  |  | 108:2 to 111:23, ATTY, C, AMB, V, LF-AF, LF-ME, 403, |  |
|  |  | 124:6 to 126:18, P, OS, ATTY, |  |