**EXHIBIT D – DEFENDANTS' EXHIBIT LIST**

**PLAINTIFFS' OBJECTIONS LEGEND**

**Notes:** A single star * refers to no objection on grounds of authenticity
A double star ** refers to no objections

| Abbreviation | Explanation |
|---|---|
| AE | Altered exhibit |
| AOR | All Objections Reserved |
| AU | Authentication |
| C | Lack of clarity |
| DH | Double Hearsay |
| ER | Expert Report |
| F | Lack of Foundation |
| H | Hearsay |
| IB | Incorrect Bates Number / Bates Number or Reference and Description Do Not Correspond |
| IE | Incomplete exhibit |
| ILO | Improper lay opinion |
| NM | Name of Exhibit |
| NPFR | Not Provided for Review |
| P | Prejudicial/confusion/outweighs limited relevance |
| PK | Lack of personal knowledge |
| R | Relevance/Irrelevant |

**DEFENDANTS, KARTRI AND MARQUIS' EXHIBITS**

| Exhibit No. | Admitted | Objections | Description of Document | Bates Stamped No. |
|---|---|---|---|---|
| 1. | | NPFR | Plaintiff Hookless Shower Curtain | |

**EXHIBIT D – DEFENDANTS' EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 2. | | ** | Kartri Ezy Hang Shower Curtain | Plaintiff's Exhibit 44 at deposition of Karen Goskowski, August 9, 2017 |
| 3. | | *, F | Settlement Agreement between A&A/ZDG and DFW Motel Supplies and Textiles, dated October 2007 | FZH001911 to 1922 |
| 4. | | *, F | Settlement Agreement between A&A/zdg and Courtesy Prods. Inc., dated Jan. 01, 2008 | FZH001923 to 1929 |
| 5. | | *, F | Settlement Agreement between A&A/zdg and Neilmax Inds., dated January 2008 | FZH001930 - 1943 |
| 6. | | *, F | Settlement Agreement between A&A/zdg and Aim-Co (no date) | FZH001944 to 1953 |
| 7. | | *, F | Settlement Agreement between A&A/zdg and Trend Supply, dated May 4, 2010 | FZH001955 to 1962 |
| 8. | | *, F | Licensing and Manufacturing Agreement between CHF Inds. and Long Way Plastic Ind'l dated 01/12/2000 | FZH001963 to 1981 |
| 17. | | *, F | Agreement between HSNA and The McCall Pattern Company dated March 8, 2002 | FZH001982 to2010 |
| 18. | | *, F | Settlement Agreement between A&A and Aim-Co | FZH003882 to 3890 |
| 19. | | *, F | Correspondence from G&C firm to Wellspun Hospitality | FZH003900 to 003902 |
| 20. | | *, F | Exhibit A to Agreement between ZDG and A&A dated June 17, 2008 | FOCUS 5646 to 5650 |
| 21. | | ** | Carnation license agreement | Carnation Exhibit #7 at deposition of Lawrence Mayer, November 27, 2018 |

**EXHIBIT D – DEFENDANTS' EXHIBIT LIST**

| 23. | | *, F, NM | Plaintiffs' inventory of Intellectual Property | FOCUS5646 to 5648 |
|---|---|---|---|---|
| 24. | | *, F, H, R, IB, AOR | Correspondence between Plaintiffs and Verill Dana law firm dated May 26, 2015 | FOCUS5884 – 5907 |
| 25. | | F, H, R, NM, P, AU, IB, AO | Welspun (3d party) promotional sheet dated 2014 | FOCUS 5874 - 5882 |
| 26. | | *, F | Promotional sheet for HOOKLESS | FOCUS 008404 |
| 27. | | *, F, NM, H, R, | Focus Hospitality advertisement | FOCUS008429 |
| 28. | | *, F, NM | Advertisements featuring HOOKLESS shower curtains 2017 | FOCUS 8439 to 8442 |
| 29. | | *, F, NM | Advertisements featuring HOOKLESS shower curtains, 2017 | FOCUS 8437 to 8438 |
| 30. | | *, F | HOOKLESS video demo mp4 | FOCUS 008559 |
| 31. | | *, F (also multiple videos) | HOOKLESS QVC video demonstrations mp4 | FOCUS 008561, 8562 |
| 32. | | *, F | Hookless and Hooked advert. | FOCUS008564, 8565 |
| 33. | | *, F, R, IB | FOCUS convention special advertisements | FOCUS85698 to 8569 |
| 34. | | *, F, R, H, AOR | Focus/Hookless specification of ring shapes | FOCUS008729 |
| 35. | | *, F | Focus-Carnation royalty summary | FOCUS245760 |
| 36. | | *, F | Correspondence between Kartri and David Middleburg 2015, | K0001 to K10003 |
| 37. | | R, P | Hsu US Design Pat. No. D761,639S | K0297 to K0301 |
| 38. | | R, P | Hsu corresponding China patents for buckle | K0098 to K0115 |
| 39. | | *, F, R, P, H C, PK, IE | Patent search report, 2015 | K0295 to K0296 |

**EXHIBIT D – DEFENDANTS' EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 40. | | *, F, R, P | Oxford Hotel Collection shower curtain advertisement, 2014 | K0364 to K0365 |
| 41. | | *, F, NM | Kartri Shower Curtain Sales Summary from 2013 to Oct 2015 | K0319 |
| 42. | | F, AOR | Kartri Shower Curtain Sales spread sheet as of May 2015 | K0320 to 0346 |
| 43. | | F, AOR | Kartri Shower Curatin Sales Summary to May 2017 | K0366 to 0372 |
| 44. | | F, AOR | Kartri Shower Curtain Sales spread sheet as of May 2017 | K0373 to 0439 |
| 45. | | ER | Paul Hatch expert report, January 28, 2019 | |
| 46. | | ER | Paul Hatch rebuttal report, January 28, 2019 | |
| 47. | | ER | Graham Rodgers expert damages report, January 28, 2019. | |
| 48. | | *, F, R | Email from Trish to James; Re: Matt-Satin Custom Style Request for Pricing | Marquis 00392-393 |
| 49. | | *, F, R, H | Email from Trish to David; Re: New Purchase Order 4301 | Marquis00601-604 |
| 50. | | *, F, R | Email from Trish to David; Re: Quotation Needed – Golden Nugget Pattern Affinity Shower Curtain | Marquis00660-662 |
| 51. | | *, F, R, H | Email from Trish to David; Re: LAQUINTA | Marquis00787-788 |
| 52. | | *, F, R, H | Email Trish to David; FW: Spreadsheets for HD Pricing | Marquis 00670 |
| 53. | | *, F, R, H | Email Trish to David; IHG News | Marquis 00637 |
| 54. | | *, F, R, H | Email Trish to David; Re: EzyHangPrograms_Motel 6 | Marquis 00588 |

**EXHIBIT D – DEFENDANTS' EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 55. | | *, F, R | Email Trish to David; RE: Washing Info…Need you Approval | Marquis00227-228 |
| 56. | | *, F, R | Email Trish to David; PO4489 | Marquis00237 |
| 57. | | *, F, R, H | Email David to Trish; Follow up | Marquis 01028-1031 |
| 58. | | F, R, P, AU, AO | Walmart: bed bath n more EZ On Brown Circles Fabric Shower Curtain with Built in Hanging Rings | Marquis01279-1280 |
| 59. | | *, F, R, P, AO | EZ-ON® PEVA Beacon Hill Shower Curtain by Ben and Jonah | Marquis01285-1290 |
| 60. | | *, F, R, P, AO | Altmeyer's BedBathHome Ez On Grommet Checks White Fabric Shower Curtain with You Might Like… | Marquis01291-01295 |
| 61. | | *, F, R, AO | Hookless EZ-On Diamond Dobby Shower Curtain with Liner | Marquis01296-1304 |
| 62. | | *, F, R | Marquis articles of incorporation | Marquis01305-1306 |
| 63. | | *, F, R, AO | Boscov's: Mystry EZ-ON Fabric Shower Curtain | Marquis01307-1308 |
| 64. | | F, R, P, AU | WASH EZtm Shower Curtains by Curtain Care Plus | Marquis01309-1311 |
| 65. | | F, R, P, AU, AO | Walmart: EZ-On Brown Circles … Shower Curtain by generic | Marquis01312-01315 |
| 66. | | R, P | US Patent 2,831,538 | Marquis01345-1346 |
| 67. | | *, F, R | Email Trish to James; FW: PO 4301 WORK ORDER 1782...NOT APPROVED | Marquis03725-3726 |
| 68. | | *, F, R | Email Sam to David; Extended Stay Hotels | Marquis05340-05341 |
| 69. | | *, F, R | Email Trish to David; FW: Shower Curtain | Marquis05829-05832 |
| 70. | | *, F | Email David to Trish; RE: Info I"m staying at the | Marquis05986 |

**EXHIBIT D – DEFENDANTS' EXHIBIT LIST**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Palace...Great Shower Curtain! |  |
| 71. |  | ** | Email David to Karen; Re: Info | Marquis03016-3017 |
| 72. |  | R | Email Trish to David | Marquis04866- |
| 73. |  | *, F, R, H | Email Trish to David; FW: Thank You From Kartri | Marquis004572-4578 |
| 74. |  | *, F, IE | Email Trish to Karen; FW: Info For HD | Marquis04583 |
| 75. |  | *, F, R | Email Trish to David; RE: From Pong | Marquis03783-3784 |
| 76. |  | F, AOR | Invoices Marquis to Kartri | Marquis 00001-00085 |
| 77. |  | F, AOR | Invoices Marquis to Kartri | Marquis 08126-08153 |
| 78. |  | F, AOR | Marquis to Kartri Sales Summary; MMI Sales to Katri - (Inception thru 9/28/16)-REVISED | Marquis 08154-08156 |
| 79. |  | F, AOR | Marquis to Kartri Sales Summary; MMI Sales to Kartri - (Inception thru 07/31/18) Sorted By | Marquis 08223-08226 |
| 80. |  | *, F | AA – Trend Settlement | Focus 4837-4844 |
| 81. |  | *, F | Agreement Longway | Focus 4845-4885 |
| 82. |  | *, F | Agreement OTRT | Focus 4908-4921 |
| 83. |  | *, F | Agreement McCall | Focus 4934-4951 |
| 84. |  | *, F | Agreement AA Holdings | Focus 4982-4990 |
| 85. |  | *, F | Agreement AA | Focus 5047-5082 |
| 86. |  | *, F | Agreement OTRT Amendment | Focus 5109 |
| 87. |  | *, F | Agreement Carnation | Focus 5110-5122 |
| 88. |  | *, F | Agreement Aim-Co | Focus 5562-5573 |
| 89. |  | *, F | Agreement HSNA | Focus 5580-5587 |
| 90. |  | IE | Carnation's EZ On Curtains | Focus 6766-6773 (2017) |
| 91. |  | ** | FPG Sales Spreadsheets | Focus 5875-5881 |
| 92. |  | ** | FPG Sales Spreadsheets | Focus 8723-8731 (2017) |
| 93. |  | *, F, R, H, AOR | FPG Customer Communications | Focus 6890-6893 (2017) |
| 94. |  | *, F, R, P, H, AOR | FPG Hookless v. Kartri Comparison | Focus 6894-6896 |
| 95. |  | F, AOR | Kartri Sales | K0331-0337 |

**EXHIBIT D – DEFENDANTS' EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 96. | | AOR | "Global Shower Curtains Industry Market Research Report.pdf' provided by HeyReport Market Data Survey Center, January 2019 – cited by Elmore | Defendant's Exhibit E-24 of Expert Supplementation at deposition of John Elmore, February 19, 2019 |
| 97. | | AOR | " Markables Record_28635- 1- Hemtex_AB.pdf' – cited by Elmore | Defendant's Exhibit E-23 of Expert Supplementation at deposition of John Elmore, February 19, 2019 |
| 98. | | ER | G. Battersby and C. Grimes, Licensing Royalty Rates, 2013 Edition – cited by Elmore | Expert Report of John Elmore, January 14, 2019– cited Page 80, FN 195 |
| 99. | | ** | Hookless Reg. 2,381,995 | |
| 100. | | ** | Hookless Reg. 4,127,283 | |
| 101. | | *, F, R, P | Wayfair | Marquis1285-1290 |
| 102. | | ER, AOR | Wayfair (https://www.wayfair.com/bed-bath/pdp/ben-and-jonah-ez-on-checks-solid-color-single-shower-curtain-banj1138.html?piid=17470904)- cited Elmore | Expert Report of John Elmore, January 14, 2019– cited Page 68, FN 185 |
| 103. | | ER, AOR | "Hookless EZ-ON Seashell Shower Curtain" offered through Overstock.com – cited by Elmore | Expert Report of John Elmore, January 14, 2019 – cited Page 68, Para. 179 |
| 104. | | ER, AOR | "Hookless EZ-ON Waffle Weave Fabric Shower Curtain with Snap-In Fabric Liner" offered through Amazon.com – cited by Elmore | Expert Report of John Elmore, January 14, 2019 – cited Page 68, Para. 179 |
| 105. | | ER, AOR | Various products containing the phrase "EZ ON Hookless Fabric Shower Curtain" | Expert Report of John Elmore, January 14, 2019 – cited Page 68, Para. 179 |

**EXHIBIT D – DEFENDANTS' EXHIBIT LIST**

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | offered through linens4less.com – cited by Elmore |   |
| 106. |   | ER, AOR | "EZ-ON Hookless Floral Vine PEVA Shower Curtain" offered through Kohl's – cited by Elmore | Expert Report of John Elmore, January 14, 2019 – cited Page 68, Para. 179 |
| 107. |   | F, R, AU, AOR | Wash EZ Curtain | Marquis 1309-1311 |
| 108. |   | F, R, P, AU, AOR | Walmart Curtain | Marquis 1312-1315 |
| 109. |   | ** | Zahner 8,235,088 Patent | Marquis 1316-1330 |
| 110. |   | F, R, AOR | American Hospitality Website; Search for "Hookless" Elmore Dep. | Plaintiff's Exhibit E-19 at deposition of Paul Hatch, February 13, 2019 |
| 111. |   | F, R, IE, ER, AOR | Revised Appendix A of Expert Report of John Elmore, January 14, 2018 | Defendant's Exhibit E-25 at deposition of John Elmore, February 19, 2019 |
| 112. |   | F, R, ER, AOR | Errata of Expert Report of John Elmore, January 14, 2018 | Defendant's Exhibit E-26 at deposition of John Elmore, February 19, 2019 |
| 113. |   | ** | Zahner 5,186,232 patent | Focus6400-6404 |
| 114. |   | AOR | Patricia Kubus Dep. Excerpts – Elmore Dep. | Defendant's Exhibit E-28 at deposition of John Elmore, February 19, 2019 |
| 115. |   | AOR | Samantha Dolph Dep. Excerpts – Elmore Dep. | Defendant's Exhibit E-29 at deposition of John Elmore, February 19, 2019 |
| 116. |   | AOR | Kartri Emails – Elmore Dep. | Defendant's Exhibit E-30 at deposition of John Elmore, February 19, 2019 |
| 117. |   | *, F, R, AOR | American Hospitality Website; Product categories | Defendant's Exhibit E-44 at deposition of James Roberts, February 25, 2019 |
| 118. |   | ER | Expert Report of John Elmore, January 14, 2019 |   |
| 119. |   | ER | Expert Report of James Roberts, January 14, 2019 |   |
| 120. |   | ** | Plaintiffs' 4th Amd Complaint | (Dkt 148) |
| 121. |   | ** | Zahner 6,494,248 patent | Focus 6561-6574 |
| 122. |   | ** | Zahner 7,296,609 patent | Focus 6668-6682 |
| 123. |   | ** | Zahner 8,235,088 patent | Marquis 1316-1330 |

**EXHIBIT D – DEFENDANTS' EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 124. | | ** | Zahner D746,078 design patent | Focus 0069-0074 |
| 125. | | ** | Plaintiffs' 2nd Amd Complaint | (Dkt 48) |
| 126. | | ** | Plaintiffs' 1st Amd Complaint | (Dkt 20) |
| 127. | | *, F, R, H, AOR | Carnation Letter to Focus | Focus 5902-5904 |
| 128. | | ** | Carnation License Agreement | Focus 5887-5899 |
| 129. | | *, F, H, R, P, PK, ILO, AOR | Email Sondra Lam to Steve Wiechert; FW: Hospitality NPD Meeting – Protecting Certain Patents with "hookless IP Summary 2015 Final.pptx" "Hookless_key Features benfits_02252015.xlsx" | Focus 67919-67928 |
| 130. | | F, R, P, AU, AOR | Wal-Mart generic category for hookless shower curtains | (https://www.walmart.com/browse/shower-curtains/hookless-shower-curtains/4044_539095_2141805_8546121) (DKT 253-32) |
| | | | | |
| | | | | |
| | | | | |