UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, et al.,

                       Plaintiffs,

     -v-

KARTRI SALES COMPANY, INC., et al.,

                       Defendants.

15 Civ. 10154 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court issued a bench ruling resolving plaintiffs' motions in limine pending at dockets 324–28. The Clerk of Court is respectfully directed to terminate these motions.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 5, 2021
       New York, New York

1