UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC,
ZAHNER DESIGN GROUP LTD., HOOKLESS
SYSTEMS OF NORTH AMERICA, INC., SURE FIT
HOME PRODUCTS, LLC, SURE FITE HOME DÉCOR
HOLDINGS CORP., and SF HOME DÉCOR, LLC,

         Plaintiffs,

  -v-

KARTRI SALES COMPANY, INC., and MARQUIS
MILLS, INTERNATIONAL, INC.,

         Defendants.

15 Civ. 10154 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  This case has been placed on the jury trial list for the week of December 13, 2021. The case must be trial-ready for that date. This case is a backup on the list for jury trials for that day. This means that the case will not proceed if a trial scheduled ahead of this one goes forward. If the case cannot proceed on the scheduled date, the Court will seek another jury trial date for as soon as possible thereafter. As soon as the Court confirms that the matter will proceed on the week of December 13, 2021, it will inform the parties.

  In the coming weeks, the Court will schedule a final pretrial conference to be held in-person, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

  SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: August 27, 2021
      New York, New York