UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOCUS PRODUCTS GROUP INTERNATIONAL, LLC ET AL.,<br><br>                              Plaintiffs,<br><br>                    -v-<br><br>KARTRI SALES CO. ET AL.,<br><br>                              Defendants. | 15 Civ. 10154 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiffs' letter and exhibits, dated October 1, 2021. Dkt. 414. Plaintiffs argue that the exhibits undermine defendants' pending motions *in limine* at Dkts. 330, 333, 335, 336, and 339. The Court directs defendants to submit any response in the form of a single-spaced letter, not exceeding 3 pages in length, due Friday, **October 8, 2021**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 1, 2021
       New York, New York