UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOCUS PRODUCTS INTERNATIONAL, LLC, ET AL.,

                       Plaintiffs,

       -v-

KARTRI SALES COMPANY, INC., and MARQUIS MILLS INTERNATIONAL, INC.,

                       Defendants.

15 Civ. 10154 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 1, 2021, plaintiffs filed a letter and exhibits, arguing that these undermine defendants' pending motions *in limine* at Dkts. 330, 333, 335, 336, and 339. *See* Dkt. 414. The same day, the Court directed defendants to submit a response by October 8, 2021. Dkt. 415. The Court did not invite further responses. On October 8, 2021, defendants submitted their response. Dkt. 416. On October 13, 2021, plaintiffs filed an uninvited reply and exhibit. Dkt. 418. On October 14, 2021, defendants filed a letter requesting leave to file a sur-reply. Dkt. 419.

The Court will disregard plaintiffs' uninvited letter at Docket 418 and therefore does not authorize defendants' request to reply to that letter. The Court will address plaintiffs' submissions at Dkt. 414 in the course, shortly, of resolving defendants' pending motions *in limine*.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 18, 2021
       New York, New York