UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, ET AL.

                               Plaintiffs,

                -v-

KARTRI SALES COMPANY ET AL.,

                               Defendants.

15 Civ. 10154 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court adjourned the trial date in this case for a date to be set in the second quarter of 2022.

The Court also issued a bench ruling resolving the defendants' motions *in limine* at dockets 330 through 344. The Clerk of Court is respectfully directed to terminate these motions.

SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: November 23, 2021
       New York, New York