UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, ZAHNER DESIGN GROUP LTD., HOOKLESS SYSTEMS OF NORTH AMERICA, INC., SURE FIT HOME PRODUCTS, LLC, SURE FIT HOME DÉCOR HOLDINS CORP., and SF HOME DÉCOR, LLC,

                        Plaintiffs,

-v-

KARTRI SALES CO., INC., and MARQUIS MILLS INTERNATIONAL, INC.,

                        Defendants.

15 Civ. 10154 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court intends to set a trial date in this case, if at all possible, in August 2022. The parties are directed to meet and confer and, by April 8, 2022, file a joint letter stating the dates—if any—on which they are *unavailable* for trial during that month.

    SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: April 5, 2022
       New York, New York