UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, ZAHNER DESIGN GROUP LTD., HOOKLESS SYSTEMS OF NORTH AMERICA, INC., SURE FIT HOME PRODUCTS, LLC, SURE FIT HOME DÉCOR HOLDINGS CORP., and SF HOME DÉCOR, LLC,

                        Plaintiffs,

-v-

KARTRI SALES CO., INC., and MARQUIS MILLS INTERNATIONAL, INC.,

                        Defendants.

15 Civ. 10154 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court thanks counsel for their recent letter consenting to a bench trial and for identifying the weeks of September 12 and 19, 2022 as ones during which counsel are available for trial. Unfortunately, due to a criminal trial scheduled to start on September 12, 2022, that period is not presently available.

    The Court will accordingly schedule a bench trial in this case on dates compatible with counsel's schedules. The Court has considerable availability during the months of June through August, and, given the ability to schedule a bench trial on non-contiguous dates, is confident that dates can be found during these months to accommodate a bench trial. The Court's law clerk will contact counsel shortly to fix dates for such a trial. Once trial dates are determined, the Court will issue an order setting deadlines for the additional pretrial submissions required for bench trials under the Court's Individual Rules.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 14, 2022
       New York, New York