UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC,
ZAHNER DESIGN GROUP LTD., HOOKLESS SYSTEMS
OF NORTH AMERICA, INC., SURE FIT HOME
PRODUCTS, LLC, SURE FIT HOME DÉCOR HOLDINGS
CORP., and SF HOME DÉCOR, LLC,

                                          Plaintiffs,

                    -v-

KARTRI SALES CO., INC., and MARQUIS MILLS
INTERNATIONAL, INC.,

                                          Defendants.

15 Civ. 10154 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      The Court has received the parties' letters, at Dkts. 445–447, raising various inquiries and requests to the Court's scheduling order at Dkt. 444.

      Plaintiffs are correct in their understanding that the Court's order at Dkt. 444 did not foreclose any party from submitting, before trial, written direct testimony by party witnesses in accordance with this Court's Individual Rule 5(C)(i).  That order merely provided an additional option for each party—to offer live witness testimony and, after the trial, promptly update its proposed findings of fact by citing to the trial transcript—in the event that offering written direct testimony in accordance with this Court's Individual Rule 5(C)(i) would prove too burdensome on that party's counsel.

      For any party that chooses to submit written direct witness testimony in accordance with this Court's Individual Rule 5(C)(i), the Court grants plaintiffs' request to extend the deadline for

those submission to May 20, 2022.[1]  No request for leave to make those submissions is required. The Court further grants defendant Kartri's request, at Dkt. 446, to object, by June 3, 2022, to such testimony submitted by May 20, 2022.  This option, too, is available to all parties, and no request for leave to so object is required.

The Court denies defendant Kartri's request, at Dkt. 446, for keeping time under a "chess clock" approach, as the Court is confident that the parties will keep their lines of questioning to reasonable lengths and follow the Court's guidance to speed up their questioning where necessary.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 27, 2022
       New York, New York

---

[1] The Court is mindful of defendant Kartri's counsel's commitments after May 13, 2022.  *See* Dkt. 447.  However, as the Court's original deadline was May 13, 2022, defendant Kartri is not prejudiced by an extension of that deadline.