UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC,
ZAHNER DESIGN GROUP LTD., HOOKLESS SYSTEMS
OF NORTH AMERICA, INC., SURE FIT HOME
PRODUCTS, LLC, SURE FIT HOME DÉCOR HOLDINGS
CORP., and SF HOME DÉCOR, LLC,

                              Plaintiffs,

                -v-

KARTRI SALES CO., INC., and MARQUIS MILLS
INTERNATIONAL, INC.,

                              Defendants.

15 Civ. 10154 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a June 2, 2022 letter from the defense seeking an adjournment of

the upcoming trial on account of medical issues, and a June 2, 2022 response from plaintiffs

proposing that the first three trial days (June 15–17) be adjourned but that the second three (June

27–29) remain in place, and further proposing a phone call to address the schedule.  The Court

will take up these issues on a phone call with counsel on Tuesday, June 7, 2022, at 11 a.m.  The

Court will send dial-in information to counsel by email.  Because the call will solely address

medical issues and their impact on the schedule, and will not address matters of substance, the

Court will not have a court reporter on the call.

Counsel are directed forthwith to file their June 2, 2022 letters under seal, and to file

redacted versions of these letters on the docket of this case.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 3, 2022
      New York, New York