UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, ZAHNER DESIGN GROUP LTD., HOOKLESS SYSTEMS OF NORTH AMERICA, INC., SURE FIT HOME PRODUCTS, LLC, SURE FIT HOME DÉCOR HOLDINGS CORP., *and* SF HOME D DÉCOR, LLC,

        Plaintiffs,

-v-

KARTRI SALES COMPANY, INC., *and* MARQUIS MILLS INTERNATIONAL, INC.,

        Defendants.

15 Civ. 10154 (PAE) (SDA)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

  The Court has received the parties' briefing on the pending motion for attorneys' fees. To spare the Court an arithmetic exercise, the Court orders plaintiffs to file, by May 25, 2023, a letter tabulating the total hours for which plaintiffs have sought a fee award as to, respectively, Morris E. Cohen, Lee A. Goldberg, Limor Wigder, and Sherika Sterling, as reflected in the exhibits attached to docket 505.

  SO ORDERED.

                  *Paul A. Engelmayer*
                  Paul A. Engelmayer
                  United States District Judge

Dated: May 23, 2023
    New York, New York