Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

**Patrice P. Jean**
Direct Dial: +1 (212) 837-6264
patrice.jean@hugheshubbard.com

# Hughes Hubbard & Reed

May 30, 2023

**BY ECF**

Hon. Paul A. Engelmayer
United States District Court for the Southern District of New York
40 Foley Square, New York, NY 10007

      Re:    ***Focus Products Group International, LLC et al., Kartri Sales Company, Inc. and Marquis Mills Int.'l, Inc.,*** **15 Civ. 10154 (PAE) (SDA)**
            **(Rel. 1:23-cv-02003 (PAE) (SDA)).**

Dear Judge Engelmayer:

      We are counsel for Defendant Kartri Sales Company, Inc. ("Kartri"). Pursuant to the May 25, 2023 Order from the United States Court of Appeals for the Federal Circuit (Dkt. 534 in this action), we are writing on behalf of Defendants Kartri and Marquis Mills to respectfully request that this Court formally enter judgment dismissing Plaintiffs' claim for infringement of U.S. Design Patent No. D746,078 ("the '078 Patent") with prejudice, and dismissing as moot the counterclaim for declaratory judgment of invalidity of that patent.

      The Fourth Amended Complaint in this action alleged infringement of the '078 Patent. *See* Dkt. 148 ¶¶ 49-60 (section entitled "DEFENDANTS' INFRINGEMENT OF PLAINTIFFS' DESIGN PATENT."). Defendant Marquis Mills then alleged a counterclaim for invalidity of the '078 Patent. *See* Dkt. 151 ¶¶ 63–5 (section entitled "SEVENTH COUNTERCLAIM – Declaratory Judgment That The D746,078 Patent Is Invalid").

      The '078 Patent has been officially cancelled by the USPTO, as invalid and void *ab initio,* through a reexamination certificate issued February 28, 2023. *See* Exhibit 1 hereto. As such, Defendants respectfully request that the claim of infringement of the '078 Patent be dismissed, with prejudice, and that the Seventh Counterclaim of defendant Marquis Mills, alleging invalidity of the '078 Patent, be dismissed as moot. *Cf. Fresenius USA, Inc. v. Baxter Int'l, Inc.*, 721 F.3d 1330, 1338 (Fed. Cir. 2013) ("[S]uits based on cancelled claims must be dismissed." (citation omitted)).

      A Proposed Order is attached hereto as Exhibit 2 for the Court's convenience.

                                          Respectfully submitted,

                                           /s/ Patrice P. Jean

                                           Patrice P. Jean
                                           Partner

cc:    Morris E. Cohen, Esq. (via ECF)
         Donald J. Cox, Jr., Esq. (via ECF)