UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, ZAHNER DESIGN GROUP LTD., HOOKLESS SYSTEMS OF NORTH AMERICA, INC., SURE FIT HOME PRODUCTS, LLC, SURE FIT HOME DÉCOR HOLDINGS CORP., *and* SF HOME D DÉCOR, LLC, <br><br>                                  Plaintiffs, <br><br>                  -v- <br><br> KARTRI SALES COMPANY, INC., *and* MARQUIS MILLS INTERNATIONAL, INC., <br><br>                                  Defendants. | 15 Civ. 10154 (PAE) (SDA) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge

      Clarifying its June 5, 2023 opinion, Dkt. 539 at 33, the Court directs plaintiffs to electronically file a proposed judgment, which shall include pre- and post-judgment interest in accordance with that opinion. Plaintiffs shall file a bill of costs with the Clerk of Court as directed by Local Rule 54.1.

      SO ORDERED.

*Paul A. Engelmayer* (signature)
_____
Paul A. Engelmayer
United States District Judge

Dated: June 8, 2023
       New York, New York