UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, ZAHNER DESIGN GROUP LTD., HOOKLESS SYSTEMS OF NORTH AMERICA, INC., SURE FIT HOME PRODUCTS, LLC, SURE FIT HOME DÉCOR HOLDINGS CORP., *and* SF HOME DÉCOR, LLC, | 15 Civ. 10154 (PAE) |
| Plaintiffs, | ORDER |
| -v- | |
| KARTRI SALES COMPANY, INC., *and* MARQUIS MILLS INTERNATIONAL, INC., | |
| Defendants. | |

PAUL A. ENGELMAYER, District Judge:

On November 24, 2025, the Federal Circuit issued its mandate in an appeal from the above-captioned action. Dkt. 557. The Court directs the parties to meet and confer, and thereafter to submit a joint letter setting out their view(s) as to next steps in this case. The letter should address whether counsel seek a referral to the Magistrate Judge or the District's Mediation program for purposes of settlement. The letter is due December 18, 2025.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: December 4, 2025
New York, New York