UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

FOCUS PRODUCTS GROUP INTERNATIONAL, LLC,  :
ZAHNER DESIGN GROUP LTD., HOOKLESS        :
SYSTEMS OF NORTH AMERICA, INC., SURE FIT  :
HOME PRODUCTS, LLC, SURE FIT HOME DÉCOR   :
HOLDINGS CORP., *and* SF HOME DÉCOR, LLC, :

                              Plaintiffs,   :

             -v-                                 :

KARTRI SALES COMPANY, INC., *and* MARQUIS  :
MILLS INTERNATIONAL, INC.,                 X

                             Defendants.

15 Civ. 10154 (PAE)

ORDER

------------------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the parties' joint letter of January 13, 2026. Dkt. 565. The Court's judgment is that it would benefit from an exchange of letter-briefs aimed at supplying practical guidance that will assist the Court in charting the route forward in this case following the Federal Circuit's recent decision. *Focus Prods. Grp. Int'l, LLC v. Kartri Sales Co.*, 156 F.4th 1259 (Fed. Cir. 2025). Specifically, the Court seeks briefs that (1) identify those claims that, following the Federal Circuit's decision, have been definitively resolved; and (2) for all other claims, identify functionally the steps necessary to bring each claim to resolution. The Court expects these letter-briefs to be clinically analytic. The Court directs counsel for both sides to elevate the tone of their briefing. The antagonistic and dismissive tenor of recent correspondence has not assisted the Court.

The Court sets the following schedule:

1. Plaintiff's opening letter-brief is due **February 10**. It is limited to 20 (single-spaced) pages.

2.  Defendant's responses are due **February 24**.  They are limited to a combined 20 (single-spaced) pages.  Defendants are at liberty to file a joint submission.  Absent agreement among the defendants, each defendant's separate letter brief is limited to 10 (single-spaced) pages.

3.  Plaintiff's reply is due **March 3**.  It is limited to 10 (single-spaced) pages.

4.  The Court does not authorize any additional submissions.

The Court directs that plaintiff's letter-brief due February 10, and defendants' letter-brief due February 24, take the following form.

1.  The letter-brief should first set out a numbered list of the claims brought in the case. (***The parties' numbered lists are to be identical.  The Court directs counsel to confer and reach agreement on this numbered list.***)  The letter-brief should then set out the disposition in the district court of that claim (*i.e.*, how resolved and whether resolved on summary judgment or trial or otherwise) both as to liability and damages, with docket citations.  It should then set out the resolution of that claim on appeal, again with docket citations.

2.  The letter-brief should then identify with specificity those claims that have been definitely resolved on appeal and state what the resolution of that claim was.

3.  The letter-brief should then address, one by one, each of the remaining "open" claims in the case.  It should address whether the factual record is complete with respect to the claim and whether additional fact-finding is necessary for the Court to resolve that claim (both as to liability and, if liability is found, damages); it should specifically identify any unresolved factual questions.  It should identify, for each claim, the

findings the Court will need to make and the issues that the Court will need to address to definitively resolve that claim.

4. The letter-brief should then propose an overall schedule that, in the party's view, will enable the parties to efficiently litigate, and Court to resolve, the open claims.

The Court is seeking in these submissions practical guidance from counsel as to the path forward. It is not seeking advocacy as to the resolution of outstanding claims. There will be an opportunity for such advocacy later. Upon review of and guided by the parties' submissions, the Court expects promptly to issue a order setting out a schedule going forward.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: January 23, 2026
       New York, New York