UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                    :
FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, :
ZAHNER DESIGN GROUP LTD., HOOKLESS          :          15 Civ. 10154 (PAE)
SYSTEMS OF NORTH AMERICA, INC., SURE FIT    :
HOME PRODUCTS, LLC, SURE FIT HOME DÉCOR     :          ORDER
HOLDINGS CORP., *and* SF HOME DÉCOR, LLC,   :
                                                    :
                                    Plaintiffs,      :
                                                    :
                                                    :
                         -v-                        :
                                                    :
                                                    :
KARTRI SALES COMPANY, INC., *and* MARQUIS   :
MILLS INTERNATIONAL, INC.,                       X

                                    Defendants.
------------------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

The Court yesterday issued an order setting a briefing schedule as to discrete open issues

relating to the issues of patent construction and infringement. *See* Dkt. 570. This order sets a

separate briefing schedule for open issues relating to plaintiffs' claims of trade dress and

trademark infringement.[1]

- ***Issue 19***: Functionality of the trade dress. *See Focus Prods. Grp. Int'l, LLC v. Kartri*

  *Sales Co.*, 156 F.4th 1259, 1284–85 (Fed. Cir. 2025).

- ***Issue 23***: Infringement as to the Hookless® trademark under federal law. *Id.* at 1281.

  This issue involves defendant Kartri only.

---

[1] The issues are identified using the jointly agreed upon numbering from the parties' letter briefs.
Dkts. 567–69. As with yesterday's order, the issues to be briefed do not include damages
calculations. Such issues will be subject of a separate (and later) briefing schedule.

1

- *Issue 26*: Unfair competition as to the Hookless® trademark under New York law.  This issue involves defendant Kartri only.

- *Issue 32*: Whether the trade dress infringement, if found, was willful.  *Id*. at 1287.[2]

- *Issue 33*: Whether the Hookless® infringement, if found, was willful.  *Id*. at 1288.  This issue involves defendant Kartri only.[3]

As to the above topics, the Court sets the following briefing schedule:

1. Plaintiff's opening brief[4] is due **May 7, 2026**.  It is limited to 30 (double-spaced) pages.

2. Defendant's responses are due **May 21, 2026**.  They are limited to a combined 30 (double-spaced) pages.  Defendants are at liberty to file a joint submission.  Absent agreement among the defendants, each defendant's separate brief is limited to 15 (double-spaced) pages.

3. Plaintiff's reply is due **May 29, 2026**.  It is limited to 15 (double-spaced) pages.

4. The Court does not authorize any additional submissions.

---

[2] Defendants seek to leave to argue that the decision in *Sure Fit Home Prods., LLC v. Maytex Mills, Inc.*, No. 21 Civ. 2169, 2021 WL 2134863 (S.D.N.Y. May 26, 2021) is germane to this issue.  Plaintiffs argue the contrary.  The Court declines to resolve this issue in this scheduling order.  Defendants are at liberty to make this argument in their brief and plaintiffs are at liberty to oppose it.

[3] Defendants seek to leave to augment the record with exhibits (PTX 596, 598) that the Court excluded at trial, based on defendants' waiver of an advice of counsel defense.  Defendants did not pursue this issue on appeal.  The Court denies leave to introduce these exhibits on remand.

[4] The Court's order of April 2 inadvertently described plaintiff's opening brief as a "letter brief."  For avoidance of doubt, the Court expects all counsel to file conventional, not letter, briefs.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 3, 2026
      New York, New York

3